Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Dwyer, J.), imposed September 22, 2010, on the ground that the sentence was excessive.
Ordered that the sentence is affirmed.
*891 Inasmuch as the record does not demonstrate that the defendant’s purported waiver of his right to appeal was made knowingly, voluntarily, and intelligently, it may not be enforced (see People v Bradshaw, 18 NY3d 257, 264-265 [2011]). Nevertheless, the sentence imposed was not excessive (see People v Suitte, 90 AD2d 80 [1982]). Eng, P.J., Angiolillo, Balkin and Sgroi, JJ., concur.